# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIKRANOUHIE D. SOUSANI,<br><br>    Plaintiff(s),<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant(s). | Case No.: 2:19-cv-00207-GMN-NJK<br><br>**Order**<br>[Docket No. 4] |

Pending before the Court is Plaintiff's proposed amended complaint. Docket No. 4. The caption to the proposed amended complaint provides email addresses for persons other than the attorneys actually listed.[1] As such, the caption violates the local rules. Local Rule IA 10-2 (caption must provide the "Attorney's name" who is representing the party, as well as the "Attorney's email address"). The Court therefore **STRIKES** the proposed amended complaint. A proposed amended complaint that complies with the local rules must be filed by February 21, 2019.

IT IS SO ORDERED.

Dated: February 14, 2019

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge

---

[1] The attorneys identified in the caption are Cyrus Safa and Leonard Stone, but the emails provided are for brian.shapiro@rohlfinglaw.com and JGonzalez@shookandstone.com, respectively. Although it is not clear that he is eligible to practice law in this state, Mr. Shapiro has previously been identified on pleadings as being "[o]f counsel." Docket No. 1-1 at 5.

1