# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIKRANOUHIE D. SOUSANI, | Case No.: 2:19-cv-00207-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 14] |
| NANCY A. BERRYHILL, | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for the Commissioner to answer the complaint. Docket No. 14. As a one-time courtesy, the stipulation is **GRANTED** and the deadline to respond to the complaint is extended to May 29, 2019.

To be clear, there are a number of defects in this filing. For example, when all parties sign a request for relief, they are filing a "stipulation." *See, e.g.*, Local Rule IA 6-1. As another example, the United States Attorney in this District is Nicholas Trutanich, not "Dayle Elieson" and certainly not "Daylie Elison." The Court expects counsel to carefully review all filings for accuracy moving forward.

IT IS SO ORDERED.

Dated: April 30, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1