# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DIKRANOUHIE D. SOUSANI,

             Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

             Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00207-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff awarding Attorney Fees in the amount of $1,149.00.

 

June 19, 2019                                            DEBRA K. KEMPI
Date                                                                     Clerk

                                                                                      /s/ J. Matott
                                                                                      Deputy Clerk